✓ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 3 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NORMAN GARAND, ) | CASE NO. 3:10-CV-0212-LRH-VPC |
| Plaintiff, ) | **AMENDED** |
| ) | **ORDER SETTING TRIAGE CONFERENCE** |
| vs. ) | |
| J.P. MORGAN CHASE BANK, N.A., et al., ) | |
| Defendants. ) | |

In accordance with Rule 16 of the Federal Rules of Civil Procedure, a triage conference shall be held in this action on **Wednesday, December 8, 2010 at 2:00 p.m.**, in the courtroom of the undersigned United States Magistrate Judge, Courtroom No. 1, Bruce R. Thompson Courthouse and Federal Building, 400 South Virginia Street, Fourth Floor, Reno, Nevada.

All parties or their counsel shall attend in person and be prepared to discuss the following subjects:

1. Identification and description of claims and alleged defects in loan documents.

2. Prospects for loan modification.

3. Prospects for settlement, including participation in alternative dispute resolution processes.

4. Any other matters that may be conducive to the just, efficient, and economical determination of the action.

The parties need not submit written materials to the Court for the conference.

In preparation for the conference, counsel for plaintiff shall do the following:

1. Review the relevant loan documents and conduct a brief investigation of claims to determine whether plaintiff's claims have merit.

2. If plaintiff is seeking a loan modification to resolve all or some of their claims, counsel shall promptly notify plaintiffs that they must prepare a current accurate financial statement and gather all of the information and documents customarily needed to support a loan modification request.

3. If plaintiff is seeking a loan modification, counsel shall immediately notify defense counsel of plaintiff's request for loan modification.

4. Provide counsel for defendants with information necessary to evaluate the prospects for loan modification. The general and financial information provided by plaintiff to defendant may be in the form of a financial statement, worksheet or application customarily used by financial institutions and shall be transmitted by plaintiff to defendant no later than the close of business on **Monday, November 15, 2010.**

5. If plaintiff is not attending in person, counsel shall arrange for plaintiff to be available by telephone for the triage conference.

In preparation for the conference, counsel for the defendants shall do the following:

1. If defendants are unable or unwilling to do a loan modification after receiving notice of plaintiff's request, counsel for defendants shall promptly notify plaintiff's counsel.

2. Arrange for a representative of defendant with full settlement authority to attend the conference or to have a representative of defendant with full settlement authority available by telephone for the conference.

The triage conference may be reconvened as needed.

**IT IS SO ORDERED.**

DATED: November 3, 2010.

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE

2