# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| NORMAN GARAND | ) | Case No. 3:10-cv-00212-LRH-VPC |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | **EXPUNGING LIS PENDENS** |
| JPMORGAN CHASE BANK, N.A., CALIFORNIA RECONVEYANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., WAMU BANK, F.A., GREENPOINT MORTGAGE FUNDING, INC., EXECUTIVE TRUSTEE SERVICES, LLC, REALTY MORTGAGE CORPORATION, RECONTRUST COMPANY, DOES I through XXX, | ) | |
| Defendants. | ) | |

The Court, having granted the Motion to Expunge Lis Pendens (Doc. #82) filed by Defendants JPMorgan Chase Bank, N.A., and California Reconveyance Company, and good cause appearing therefor,

1
2      **IT IS HEREBY ORDERED** that the Notice of Pendency of Action filed in Case No.
3 CV10-00670, in the Second Judicial District Court, Washoe County, Nevada, and recorded by
4
5 Plaintiff on March 8, 2010, in the Official Records of the Washoe County, Nevada Recorder, as
6 Instrument 3857083 (a copy of which is attached hereto as Exhibit A) is hereby expunged and fully
7 discharged, and is of no further force and effect for any purposes;
8      **IT IS FURTHER ORDERED** that the real property located at 350 Broadway, Reno,
9 Washoe County, Nevada (APN 013-373-08) which is the subject of this action is fully exonerated
10 from the Notice of Pendency of Action.
11
12      Dated this <u>12th</u> day of July, 2011
13
14
15                          _____
16                          LARRY R. HICKS,
                            UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27                                    2
28

**EXHIBIT A**

COPY - has not ... on compared with the Original Document - WCR

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Norman Garand
350 Broadway Blvd.
Reno, NV 89502

\# 3857083
03/08/2010 04:03:50 PM
Requested By
NORMAN GARAND
Washoe County Recorder
Kathryn L. Burke - Recorder
Fee: $15.00 RPTT: $0.00
Page 1 of 2

**CONFORMED COPY**

_____ SPACE ABOVE THIS LINE FOR RECORDER'S USE _____

IN THE SECOND JUDICIAL DISTRICT COURT FOR THE STATE OF NEVADA
IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| NORMAN GARAND,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>J.P MORGAN CHASE BANK, N.A, a business entity unknown; CALIFORNIA RECONVEYANCE COMPANY, a California corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a Delaware corporation; WASHINGTON MUTUAL BANK, F.A., a Federal Bank taken over by the FDIC; GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; REALTY MORTGAGE CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS MYLOR FINANCIAL, a dissolved Mississippi corporation, RECONTRUST COMPANY, an expired New York corporation,<br><br>and DOES 1 - 30,<br><br>　　　　Defendants. | Case No.: CV1D-00670<br><br>NOTICE OF PENDENCY ACTION<br><br>[CCP 405.30] |

　　Notice is given that the above-entitled action was filed in the above-entitled court on March 8, 2010 by NORMAN GARAND, Plaintiff, against J.P Morgan Chase Bank, N.A, a business entity unknown; California Reconveyance Company, a California corporation,

Mortgage Electronic Registration System, Inc., a Delaware corporation; Washington Mutual Bank, F.A., a Federal Bank taken over by the FDIC; GreenPoint Mortgage Funding, Inc., a New York corporation; Executive Trustee Services, LLC, a Delaware limited liability company; Realty Mortgage Corporation which will do business in California as Mylor Financial, a dissolved Mississippi corporation, ReconTrust Company, an expired New York corporation. Plaintiff argues Trustee has no legal right to sell this Property and Defendnat J.P. Morgan Chase has no legal interest in this Property to transfer.

The specific real property affected by the action is located in Washoe County, California, and is described as follows:

THE WEST 44 ½ FEET OF LOT 4 IN BLOCK C OF SOUTHSIDE SUBDIVISION, RENO, WASHOE COUNTY, NEVADA, ACCORDING TO THE MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATEOF NEVADA ON MARCH 2, 1929. More commonly known as: 350 Broadway Blvd., Reno, NV 89502.

Dated: March 8, 2010

Norman Garand

ACKNOWLEDGMENT

STATE OF CALIFORNIA
COUNTY OF NEVADA

On MARCH 8, 2010 before me, LORRAINE TARANTINO-NOTARY PUBLIC, a notary public, personally appeared NORMAN GARAND who proved to me on the basis of satisfactory evidence to be the person(s) whose name is subscribed to the within instrument and acknowledged to me that she executed the same in his capacity on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certified under penalty of perjury under the laws of the state of California that the forgoing is true and correct.

Lorraine Tarantino
[Signature, printed name, and title of notary public or other officer administering oath]
[Seal]

LORRAINE TARANTINO
Commission # 1742740
Notary Public - California
Nevada County
My Comm. Expires May 16, 2011